IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 26-30438 |
| | ) | (Chapter 11) |
| JADE PRESENTS, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | Case No. 26-30439 |
| In re: | ) | (Chapter 11) |
| | ) | |
| TICKETS300, LLC | ) | Jointly Administered |
| | ) | |
| Debtor | ) | |
| | ) | |

## TICKET PURCHASER / TICKET HOLDER PROOF OF CLAIM

Read the instructions before filling out this form. This form is for making a claim for payment—related to the purchase of event tickets—in the bankruptcy cases of Jade Presents, LLC ("Jade Presents") and Tickets300, LLC ("Tickets 300"). If your claim does not relate to the purchase of event tickets, you should *not* use this form and should instead use Official Form 410.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as payment receipts. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571. Fill in all the information about the claim as of June 6, 2026.

THIS FORM MUST BE COMPLETED, RETURNED AND RECEIVED BY AUGUST 17, 2026.

1.  Name of claimant (the person asserting a claim): _____ .

2.  Where should payments, if any, be sent: _____
    Name

    _____
    Street Address

    _____
    City, State, Zip Code

    _____
    E-mail Address

3. Have you previously filed a claim in either of these cases? If so, provide the name used and the date on which the claim was filed:

   _____.

4. Is your claim against Jade Presents, Tickets300, or both?

   ☐     Jade Presents
   ☐     Tickets300
   ☐     Both

5. For which shows did you purchase tickets, how many tickets did you purchase, and how much money do you contend you are owed for each ticket?

   Number of Tickets: _____     Amount per Ticket: $_____

   Show: _____

   Date/Location of Show: _____

   Number of Tickets: _____     Amount per Ticket: $_____

   Show: _____

   Date/Location of Show: _____

   Number of Tickets: _____     Amount per Ticket: $_____

   Show: _____

   Date/Location of Show: _____

   Number of Tickets: _____     Amount per Ticket: $_____

   Show: _____

   Date/Location of Show: _____

   Number of Tickets: _____     Amount per Ticket: $_____

   Show: _____

   Date/Location of Show: _____

6.  If the amount of money you indicate in response to question 5 is different than the face price of the correlative ticket(s), explain why:

_____

_____

_____

7.  From where did you purchase tickets (etix.com, StubHub, Facebook Marketplace, eBay, a friend, etc.)

_____

8.  Did you transfer your tickets to anyone else or have you committed to transferring your tickets? If so, indicate to whom they were (or will be) transferred and how much, if anything, that person(s) paid you for the tickets. If you used a third party (StubHub, eBay, etc.) to transfer tickets, indicate that here and attach all records from that third party.

_____

_____

_____

_____

9.  Indicate your relationship to the person on whose behalf this claim is being filed:

☐   I am the person whose information is listed above in response to questions 1 and 2.

☐   I am the claimant's attorney or authorized agent.

10. Per the instructions above, please attach any supporting documentation. If you believe there is any other information that is relevant to your claim, please share that information here:

_____

_____

_____

_____

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct. I declare under penalty of perjury that the foregoing is true and correct.

_____                          _____
Date Signed                                                                          Signature

_____                          _____
Name                                                                                  E-mail Address

_____                          _____
Street Address                                                                     Phone Number

_____
City, State, Zip Code

**Please return this *Proof of Claim* to jadepresents@dakotabankruptcy.com by August 17, 2026. If this *Proof of Claim* is not received by that date, this *Proof of Claim* will not be allowed and your rights may be significantly—if not entirely—impaired.**

**If you do not have access to e-mail—and only if you do not have access to e-mail—you may return this *Proof of Claim* via US Mail, postage prepaid, to Bankruptcy Clerk's Office, Quentin N. Burdick United States Courthouse, 655 1st Ave North, Suite 210, Fargo, ND 58102. If you do so, the *Proof of Claim* must be sent in time to be received by August 17, 2026.**