IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 26-30438 |
| | ) | (Chapter 11) |
| JADE PRESENTS, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | Case No. 26-30439 |
| In re: | ) | (Chapter 11) |
| | ) | |
| TICKETS300, LLC | ) | (Joint Administration |
| | ) | Motion Pending) |
| Debtor | ) | |
| | ) | |

**NOTICE OF APPLICATION TO
APPROVE EMPLOYMENT OF MAURICE B. VERSTANDIG,
CHRISTIANNA CATHCART AND THE DAKOTA BANKRUPTCY FIRM AS
GENERAL REORGANIZATION COUNSEL TO ABOVE-CAPTIONED DEBTORS**

NOTICE IS HEREBY GIVEN that the above-referenced debtors have filed applications to employ Maurice B. VerStandig, Christianna Cathcart, and The Dakota Bankruptcy Firm as general reorganization counsel. A copy of the application applicable is being filed of with this notice.

NOTICE IS FURTHER GIVEN that written objections to the application, if any, shall be filed with the Clerk of the United States Bankruptcy Court for the District of North Dakota, 655 1st Ave. N. Suite 210, Fargo, ND 58102-4932 within fourteen (14) days from the date of the mailing of this notice. Any objections not filed and served may be deemed waived.

*[Signature on Following page]*

1

Respectfully submitted,

Dated: June 7, 2026            By:   /s/ Maurice B. VerStandig
                                     Maurice B. VerStandig, Esq.
                                     The Dakota Bankruptcy Firm
                                     1630 1st Avenue N
                                     Suite B PMB 24
                                     Fargo, North Dakota 58102-4246
                                     Phone: (701) 394-3215
                                     mac@dakotabankruptcy.com
                                     *Proposed Counsel for the Debtor*


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of June 2026, a copy of the foregoing was served

electronically upon filing via the ECF system.


                                     /s/ Maurice B. VerStandig
                                     Maurice B. VerStandig

2