**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA**

In re:                                                                              Bankruptcy No. 26-30438
                                                                                      Chapter 11 – Subchapter V
Jade Presents, LLC,

                                              Debtor.

_____/

In Re:                                                                              Bankruptcy No. 26-30439
                                                                                      Chapter 11 – Subchapter V
Tickets300, LLC,

                                              Debtor.

_____/

**ORDER GRANTING MOTION TO EXPEDITE HEARING**

Before the Court is Debtors' Motion for Expedited Hearings, seeking to be heard on their First Day Motions filed on June 7, 2026.  Doc. 6.  The Court finds that it is appropriate to conduct a hearing on an expedited basis.  Therefore, IT IS ORDERED that Debtor's motion is GRANTED.  The First Day Motions:

1. Debtor's Motion for Joint Administration. (Doc. 2)

2. Debtor's Motion to Establish Notice and Claim Protocols. (Doc. 3)

3. Debtor's Motion to Utilize FDIC-Insured Depository Accounts. (Doc. 4)

will be heard on **Friday, June 12, 2026, at 9:30 a.m. (Central) in Courtroom #3, Second Floor, Quentin N. Burdick United States Courthouse, 655 First Avenue North, Fargo, North Dakota**. The Court will grant all requests to appear by video conference given the short notice.

Written objections shall be filed by **Thursday, June 11, 2026.**  All objections will be heard at this hearing.  If the Court receives no objections, it may enter an order granting the relief requested and cancel the hearing.

1

Please be advised that all hearings are evidentiary unless, upon the court's initiative or the written request of a party, the court schedules a preliminary hearing to address scheduling, discovery or other matters. Parties shall disclose witness lists and exhibits not later than two business days before the hearing on a contested matter unless the Court granted an expedited hearing.

Your rights may be affected in this action. You should read these papers carefully and discuss the matters with your attorney if you have one. If you want the court to consider your views you should file a written response to the action, if one has not been filed, and attend the hearing that has been scheduled. If you do not take these steps, the court may assume that you do not oppose the action and may enter an order approving the request made in these legal documents.

Dated: June 8, 2026.

*Shon Hastings*

SHON HASTINGS, JUDGE
U.S. BANKRUPTCY COURT


*All times referred to in this Order are Central Standard Time.
Copy filed and sent electronically June 8, 2026, to Attorney Maurice VerStandig for service.