IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 26-30438 |
| | ) | (Chapter 11) |
| JADE PRESENTS, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | Case No. 26-30439 |
| In re: | ) | (Chapter 11) |
| | ) | |
| TICKETS300, LLC | ) | (Joint Administration |
| | ) | Motion Pending) |
| Debtor | ) | |
| _____ | ) | |

**NOTICE OF APPEARANCE**

Please note the appearance of Christianna A. Cathcart as counsel for Jade Presents, LLC and

Tickets300, LLC (collectively, the "Debtors," and each being a "Debtor"), and serve all pleadings

and court papers upon undersigned counsel.


Respectfully Submitted,

Dated: June 9, 2026                     By:     /s/ Christianna A. Cathcart
                                                Christianna A. Cathcart, Esq.
                                                The Dakota Bankruptcy Firm
                                                1630 1st Avenue N
                                                Suite B PMB 24
                                                Fargo, North Dakota 58102-4246
                                                Phone: (701) 970-2770
                                                christianna@dakotabankruptcy.com
                                                *Counsel for the Defendant*

1

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 9th day of June 2026, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Christianna A. Cathcart
Christianna A. Cathcart, Esq.
