United States Bankruptcy Court

District of North Dakota

In re:                                                                                                                   Case No. 26-30439-skh

Tickets300, LLC                                                                                              Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0868-3                          User: admin                                          Page 1 of 2

Date Rcvd: Jun 08, 2026                   Form ID: 309F2                               Total Noticed: 25

The following symbols are used throughout this certificate:

**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tickets300, LLC, 1320 1st Ave N, Fargo, ND 58102-4202 |
| 1136412 | | Bravado International Group, 32206 Collection Center Drive, Chicago, IL 60693-0322 |
| 1136413 | + | Bravera Bank, Fargo Branch, 3000 25th Street South, Fargo, ND 58103-5046 |
| 1136414 | + | Check My Ads Institute, 1802 Vernon Street NW, PMB 500, Washington, DC 20009-1217 |
| 1136415 | + | David Bernstein, PO Box 5104, Sioux City, IA 51102-5104 |
| 1136417 | + | Etix, Inc., 909 Aviation Parkway, Suite 900, Morrisville, NC 27560-9000 |
| 1136418 | + | Holly Funding, 1309 Coffeen Avenue Suite 1200, Sheridan, WY 82801-5777 |
| 1136420 | + | Jade Nielsen Properties, 1320 First Avenue North, Fargo, ND 58102-4202 |
| 1136421 | + | Jade Nielson Properties, LLC, 513 14th St N, Fargo ND 58102, Fargo, ND 58102-4281 |
| 1136422 | + | Jade Presents, 1320 First Avenue North 58102-4202 |
| 1136424 | + | Jade Presents, LLC, 1320 1ST AVENUE N, Fargo, ND 58102-4202 |
| 1136423 | + | Jade Presents, LLC, 1320 First Avenue North, Fargo, ND 58102-4202 |
| 1136425 | + | Jade R Neilsen, 4880 38th Street South, Fargo, ND 58104-8514 |
| 1136426 | + | Jim Norton, c/o Szulc Mgmt, Inc., PO Box 245005, Brooklyn, NY 11224-7005 |
| 1136428 | + | ND Workforce Safety & Insurance, 1600 E. Century Ave, Ste 1, Bismarck, ND 58503-0649 |
| 1136429 | + | Nocturnal Resources, LLC, 1320 1ST AVENUE N, Fargo, ND 58102-4202 |
| 1136431 | | OneLive, LLC, Lockbox: OneLive LLC, PO Box 224752, Dallas, TX 75222-4752 |
| 1136432 | + | Organica Media Group, LLC, 9350 Wilshire Blvd, Suite 203-F50, Beverly Hills, CA 90212-3214 |
| 1136433 | + | The Blenders, INC., 7452 236th Street East, Lakeville, MN 55044-9812 |
| 1136434 | | U.S. Small Business Administration, 2 North Street, Suite 320, Birmingham, AL 35203 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: mac@mbvesq.com | Jun 08 2026 18:55:00 | Maurice VerStandig, The Dakota Bankruptcy Firm, 1630 1st Avenue N, Suite B PMB 24, Fargo, ND 58102 |
| 1136416 | | Email/Text: CLLARSON@EIDEBAILLY.COM | Jun 08 2026 18:55:00 | Eide Bailly LLP, 4310 17th Ave S, PO Box 2545, Fargo, ND 58108-2545 |
| 1136419 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 08 2026 18:55:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 1136427 | + | Email/Text: mdor.bkysec@state.mn.us | Jun 08 2026 18:55:00 | Minnesota Department of Revenue, 600 Robert St N, Saint Paul, MN 55146-0010 |
| 1136430 | + | Email/Text: ecftax@nd.gov | Jun 08 2026 18:55:00 | North Dakota Office of State Tax Commiss, 600 E. Boulevard Ave., Dept. 127, Bismarck, ND 58505-0602 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID        Bypass Reason   Name and Address**

District/off: 0868-3       User: admin       Page 2 of 2

Date Rcvd: Jun 08, 2026       Form ID: 309F2       Total Noticed: 25

1136435       Unknown Ticket Holders

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2026       Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Maurice VerStandig | on behalf of Debtor Tickets300  LLC mac@mbvesq.com, mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| United States Trustee | USTPRegion12.SX.ECF@usdoj.gov |

TOTAL: 2

Information to identify the case:

Debtor   **Tickets300, LLC**

Name

EIN: 27–1449926

United States Bankruptcy Court   District of North Dakota

Date case filed for chapter:   11   6/6/26

Case number:   26–30439

## Official Form 309F2 (For Corporations or Partnerships under Subchapter V)

# Notice of Chapter 11 Bankruptcy Case

**10/20**

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 12 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| 1. **Debtor's full name** | Tickets300, LLC | |
| 2. **All other names used in the last 8 years** | | |
| 3. **Address** | 1320 1st Ave N<br>Fargo, ND 58102 | |
| 4. **Debtor's attorney**<br>Name and address | Maurice VerStandig<br>The Dakota Bankruptcy Firm<br>1630 1st Avenue N<br>Suite B PMB 24<br>Fargo, ND 58102 | Contact phone  701–394–3215<br><br>Email:  mac@mbvesq.com |
| 5. **Bankruptcy trustee**<br>Name and address | None | Contact phone  _____<br>Email:  None |
| 6. **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 655 1ST AVENUE NORTH, SUITE 210<br>FARGO, ND 58102 | Hours open:<br>8:00am–4:30pm Mon–Fri<br><br>Contact phone  (701) 297–7100<br><br>Date: 6/8/26 |

**For more information, see page 2 >**

Debtor  **Tickets300, LLC**                                                                    Case number  **26–30439**

| 7. | **Meeting of creditors** The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **July 16, 2026 at 01:30 PM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **Teleconference \*ONLY\*, Toll Free: 866–821–5980, Participant# 9065076** |
|---|---|---|---|

| 8. | **Proof of claim deadline** | **Deadline for filing proof of claim:** |  |
|---|---|---|---|
|  |  | **For all creditors (except a governmental unit):** | 8/17/26 |
|  |  | **For a governmental unit:** | 12/3/26 |

A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.

Your claim will be allowed in the amount scheduled unless:
- your claim is designated as *disputed*, *contingent*, or *unliquidated;*
- you file a proof of claim in a different amount; or
- you receive another notice.

If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.

You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.

Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.

| 9. | **Exception to discharge deadline** The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below. **Deadline for filing the complaint:** | 9/14/26 |
|---|---|---|---|

| 10. | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|---|

| 11. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. The debtor will generally remain in possession of the property and may continue to operate the debtor's business. |
|---|---|---|

| 12. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |
|---|---|---|