United States Bankruptcy Court

District of North Dakota

In re:                                                                                    Case No. 26-30439-skh

Tickets300, LLC                                                                    Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0868-3 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jun 08, 2026 | Form ID: pdf2some | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol         Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2026:**

**Recip ID                      Recipient Name and Address**
db                     +  Tickets300, LLC, 1320 1st Ave N, Fargo, ND 58102-4202

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2026                      Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Maurice VerStandig | on behalf of Debtor Tickets300  LLC mac@mbvesq.com, mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Sarah J. Wencil | on behalf of U.S. Trustee United States Trustee sarah.j.wencil@usdoj.gov |
| United States Trustee | USTPRegion12.SX.ECF@usdoj.gov |

TOTAL: 3

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re: | Bankruptcy No. 26-30438 |
| | Chapter 11 – Subchapter V |
| Jade Presents, LLC, | |
| Debtor. | |
| _____/ | |
| In Re: | Bankruptcy No. 26-30439 |
| | Chapter 11 – Subchapter V |
| Tickets300, LLC, | |
| Debtor. | |
| _____/ | |

### ORDER GRANTING MOTION TO EXPEDITE HEARING

Before the Court is Debtors' Motion for Expedited Hearings, seeking to be heard on their First Day Motions filed on June 7, 2026.  Doc. 6.  The Court finds that it is appropriate to conduct a hearing on an expedited basis.  Therefore, IT IS ORDERED that Debtor's motion is GRANTED.  The First Day Motions:

1.  Debtor's Motion for Joint Administration. (Doc. 2)

2.  Debtor's Motion to Establish Notice and Claim Protocols. (Doc. 3)

3.  Debtor's Motion to Utilize FDIC-Insured Depository Accounts. (Doc. 4)

will be heard on **Friday, June 12, 2026, at 9:30 a.m. (Central) in Courtroom #3, Second Floor, Quentin N. Burdick United States Courthouse, 655 First Avenue North, Fargo, North Dakota**. The Court will grant all requests to appear by video conference given the short notice.

Written objections shall be filed by **Thursday, June 11, 2026.**  All objections will be heard at this hearing.  If the Court receives no objections, it may enter an order granting the relief requested and cancel the hearing.

Please be advised that all hearings are evidentiary unless, upon the court's initiative or the written request of a party, the court schedules a preliminary hearing to address scheduling, discovery or other matters. Parties shall disclose witness lists and exhibits not later than two business days before the hearing on a contested matter unless the Court granted an expedited hearing.

Your rights may be affected in this action. You should read these papers carefully and discuss the matters with your attorney if you have one. If you want the court to consider your views you should file a written response to the action, if one has not been filed, and attend the hearing that has been scheduled. If you do not take these steps, the court may assume that you do not oppose the action and may enter an order approving the request made in these legal documents.

Dated: June 8, 2026.


SHON HASTINGS, JUDGE
U.S. BANKRUPTCY COURT


*All times referred to in this Order are Central Standard Time.
Copy filed and sent electronically June 8, 2026, to Attorney Maurice VerStandig for service.

2