**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In Re:                                          Bankruptcy No. 26-30438
                                                Chapter 11 – Subchapter V
Jade Presents, LLC,

                        Debtor.
_____/

In Re:                                          Bankruptcy No. 26-30439
                                                Chapter 11 – Subchapter V
Tickets300, LLC,

                        Debtor.
_____/

**ORDER GRANTING MOTION TO ESTABLISH NOTICE AND CLAIM PROTOCOLS**

Debtors Jade Presents, LLC and Tickets300, LLC filed a Motion to Establish Notice and Claim Protocols. Doc. 3.  In their motion, Debtors propose that the Court establish a mechanism for efficiently providing notice to the public of the pendency of these cases and a protocol for efficiently receiving claims.  The Court agrees.

For the reasons stated on the record at the June 12, 2026, hearing, Debtors' suggestions for establishing a claims protocol and providing notice to all interested parties and the general public are adopted in part.

**IT IS ORDERED:**

1. Debtors' Motion to Establish Notice and Claim Protocols is granted in part.

2. The Clerk of Court will create a web page providing information regarding the Jade Presents, LLC and Tickets300, LLC bankruptcy cases.   This information may be accessed at:  www.ndb.uscourts.gov/JadePresents.

3. In addition to maintaining the standard claims register, the Clerk of Court will gather and maintain a claims register exclusively for ticketholders.  This claims register will be maintained in Case No. 26-30439, In re Tickets300, LLC. Ticketholders may file a claim by completing an online form that substantially

conforms to Official Form 410, which includes requests for additional information

Debtors requested.  This form is available at the following link:

www.ndb.uscourts.gov/JadePresents.  The Clerk will not accept paper forms

provided in person or via mail.  The Clerk will not charge fees for this service.

4. All other claimants must file their claim in PACER using Official Form 410 and

   typical claim filing procedures.  See www.ndb.uscourts.gov/proof-claim-forms.

5. The Clerk served Official Form 309F2 Notice of Chapter 11 Bankruptcy Case

   consistent with standard procedure.  This notice was not sent to known and

   unknown ticketholders.

6. Based on the information provided at the June 12, 2026, hearing, the Court finds

   that notice by mail to all known and unknown ticketholders is impractical.

   Accordingly, pursuant to Federal Rule of Bankruptcy Procedure 2002(l), Debtors

   shall provide notice to ticketholders by email (to the extent Debtors have access

   to ticketholder email addresses) and by publication using local media outlets.  In

   providing this notice, Debtors shall send and publish the Notice Form attached to

   this Order, which includes the standard information provided in Official Form

   309F2 as well as claim filing instructions for ticketholders.

7. All other relief requested or suggested in Debtor's motion is denied.

   Dated: June 18, 2026.

SHON HASTINGS, JUDGE
UNITED STATES BANKRUPTCY COURT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re:<br><br>JADE PRESENTS, LLC<br><br>Debtor. | )<br>)<br>)<br>)<br>)<br>) | Case No. 26-30438<br>(Chapter 11) |
| In re:<br><br>TICKETS300, LLC<br><br>Debtor | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 26-30439<br>(Chapter 11)<br><br>Jointly Administered |

## <u>NOTICE OF CHAPTER 11 BANKRUPTCY CASES</u>

Jade Presents, LLC ("Jade Presents") and Tickets300, LLC ("T300") have each filed cases under chapter 11 of the Bankruptcy Code. The cases were filed on June 6, 2026.

This notice has important information about the cases for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from the debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorneys' fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 9 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected online at https://pacer.uscourts.gov or at the office of the Clerk of the Bankruptcy Court. Information regarding these cases, including information about filing a proof of claim, may be found at: www.ndb.uscourts.gov/JadePresents.

1. Debtors' Full Names: Jade Presents, LLC and Tickets300, LLC

2. Debtors' Addresses: 1320 1st Ave N
Fargo, ND 58102

3. Debtors' Proposed Counsel: The Dakota Bankruptcy Firm
1630 1st Ave N.
Suite B PMB 24
Fargo, ND 58102
mac@dakotabankruptcy.com

| | | |
|---|---|---|
| 4. Subchapter V Trustee: | Mary F. Sieling<br>12800 Whitewater Drive<br>Suite 100, #3201<br>Minnetonka, MN  55343 | Phone: 612-325-1191<br>mary@sielinglaw.com |
| 5. Bankruptcy Clerk's Office: | 655 1st Ave N<br>Suite 210<br>Fargo, ND 58102 | Open: 8:00 am – 4:30 pm<br>Monday – Friday |

6. Phone Number of Debtors' Counsel: (701) 699-6880

*Counsel for the Debtors CANNOT give legal advice or offer any advice on how to address claims in these cases. This phone number is not monitored 24/7 but contains a voicemail box at which messages may be left at any time.*

7. Meeting of Creditors:

**July 16, 2026 at 1:30pm (Central)**
Teleconference *ONLY*, Toll Free: (888) 330-1716
Access Code: 2513064#

8. Deadline for Filing Claims:

August 17, 2026 (for non-governmental units)

A proof of claim is a signed statement describing a creditor's claim. **Information on filing a Ticket Holder Proof of Claim may be found at: www.ndb.uscourts.gov/JadePresents**

Your claim will be allowed in the amount indicated unless you are sent another notice.

9. Exception to Discharge Deadline:

**September 14, 2026**
The bankruptcy clerk's office must receive a complaint and any required filing fee by this deadline. If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated above.

10. Filing a Chapter 11 Case:

Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. The debtor will generally remain in

2 of 3

|  | possession of the property and may continue to operate the debtor's business. |
|---|---|
| 11. Discharge of Debts: | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |

Information concerning these cases and the procedures for filing a proof of claim may be found on the U.S. Bankruptcy Court for the District of North Dakota's website:

**www.ndb.uscourts.gov/JadePresents**

*[Rest of Page Intentionally Blank]*

3 of 3