

August 11, 2026

RE:          Tickets300, LLC Bankruptcy (Case Number 26-30439) Claim Withdrawal


To Whom It May Concern:

I am counsel for WME Group, including William Morris Endeavor Entertainment, LLC (WME).  I write
to withdraw Claim #4 which was filed in error against Debtor Tickets300, LLC.  The claim is against
Jade Presents, LLC and a new proof of claim naming the correct entity has been filed in Case Number 26-
30438.

Please do not hesitate to contact me at (310) 859-4365 or trizzo@wmegrp.com if you need any further
information.



Sincerely,

Trina Shek Rizzo
Senior Counsel, WME Group
trizzo@wmegrp.com
Desk: (310) 859-4365
9601 Wilshire Blvd.
Beverly Hills, CA 90210



Enclosures